[Nos. 12359–9–I; 12389–1–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER KNUTSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JUNE KNUTSON, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 82–1–00172–9, Stuart C. French, J., entered September 28, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 11352–6–I.   Division One.   December 21, 1983.]

TOM BLY, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–09233–2, H. Joseph Coleman, J., entered January 22, 1982. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

·   [No. 12995–3–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ROBERT LA LONDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01913–1, Rosselle Pekelis, J., entered March 29, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.